

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

---

Inmate Identification Number:  236525

---

Brandon Ray Andrews
(Enter above the full name of the plaintiff
in this action)

> 2015 JAN 12  P 1:06
>
> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to
> notify the clerk in writing of any
> address change.*
>
> *Failure to notify the clerk may
> result in dismissal of your case
> without further notice.*

vs.

Allen Scott Boyd
Jail Administrator / Asst.
Cheif / Medical Staff /
Maintance and Jailers.
(Enter above full name(s) of the defendant(s)
in this action)

CV-15-BE-0045-S

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the
       same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )         No (X)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
       same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____

           _____

           Defendant(s): _____

           _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement <u>Easterling Correctional Facility - As of 11-10-14</u> and was in Colbert County Jail up till this time from 1-6-3-6-2013 and from 7-2013 until 10-2013

A. Is there a prisoner grievance procedure in this institution?
Yes (X)    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)   No (X) Not at Easterling Correctional Facility at the Jail. I did not file a grievance on this.

C. If your answer is YES:

1. What steps did you take? <u>Ask the jailer to bring some grievance forms so we could fill them out, and try to get some thing done about the water leak + lights and shower</u>

2. What was the result? <u>The jailer brought some grievance forms and the ac still leaks water everywhere and still no lights. Even back in 2013 I filled out a form + reported this to the Health Department.</u>

D. If your answer is NO, explain why not: _____
The reason I answered no to is because there were multiple times over the last few years I've tried filling a grievance form about not having lights or bugs in the food or the shower not draining for days, weeks and months at a time and black mold growing All over the place, but they would always say they have No grievance to write a letter but the other jailers would say it must got throw'd away. The trustee's Always said that the jailers Never turned our grievances in because it made them look bad.

(e)   Any other sources?                           Yes  X       No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. While being incarcerated my family sends me money approximently $50.00-$50.00 sometimes once a week if not once every other week, so I'd say they may send me $50.00-$70.00 a month maybe.

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ $25.00-$40.00 when I do have it.

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes  X     No ___

If the answer is "yes," describe the property and state its approximate value: I own clothes, everything else I owned I lost when I got locked up. lost my truck, my furniture, my TV's and only have what clothes + shoes that are at my families house

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support. Eddie Andrews - my Father, he sends me a little money every week - $20-$40.00

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7-28-14- finished and completed 11-13-14

SIGNATURE OF PLAINTIFF

ADDRESS: ~~107 W 4th St.~~  * WAS * NOW IS

~~Tuscumbia, AL 35674~~.

AIS # 236525

### ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the attached page entitled INFORMATION REGARDING PRISONER ACCOUNTS is properly completed and certified.

Brandon Andrews 236525
~~DB-2KB~~ F2 108
Easterling Correctional Facility
200 Wallace Dr.
Clio, AL 36017

2

III.  Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.  Name of Plaintiff(s) Brandon Ray Andrews - AIS # 236525

Address 107 W 4th St Tuscumbia, AL 35674 / now 200 Wallace Dr, Clio AL 36017, My home address is 2936 Smallwood mtn Rd. Tuscumbia AL 35674

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant Allen Scott Boyd

Is employed as Jail Administar, Asst. chief

at Colbert County Jail, Alabama

C.  Additional Defendants Medical staff, maintance, Jailers

IV.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Statment of Claim is all on a seperate peace of paper. attached to the back of this.

4

_____

_____

_____

_____

V.  RELIEF

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

(A) The Honorable Court order an Investigation of this facility (B) Action be taken to correct and prevent any future problems within this facility. (C) The plantiff be granted compensation (Amount to be discussed) for the Injustices incurred. (D) Person or Persons responsiable are to be terminated immediately. (E) Protocols be established to prevent further injustices from occuring in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-25-14.

Finished and completed 11-13-14

SIGNATURE  Billon Roy Anbu

ADDRESS  107 W 4th St. (WAS) (now)
Tuscumbia, AL 35674.

AIS #  236525

New Address
200 Wallace DR
Clio Al. 36017

5

# STATEMENT OF CLAIM

The following claims happened on or about 7-18-14, (July 18th, 2014) and continue still, and been happening since January 2013.

Joe Longer

1.) Allen Scott Boyd is the acting Assistant Chief of Police and Jail Administrator of the Colbert County Jail (Colbert County, Alabama). He is responsible for the operation and maintaince of Colbert County Jail during this time.

2) There is no hygiene or shower linen issued to any inmate entering this facility. Inmates are to provide all clothes, hygine and shower linen during their stay at Colbert County Jail.

3) All food is cooked on 1st shift somewhere between the hours of 4:00 Am and 10:00 Am. When the trays are prepared for inmates, they are set on carts and left out in the open for hours before the meal is served to inmates. On several occasions the inmates have been served moldy bread and bugs in the food, on daily basis.

4) Correctional officers make no walk through and no head counts are done at anytime. In the event something were to happen to an inmate, which has happened on several occasiosions, the officer on duty would likely not know about it, nor be able to attend to an inmate if he/she was badly hurt or critically sick.

5) Conditions here are <u>very unsanitory</u>. Dust and mold has been allowed to accumulate everywhere, it is re-circulated into the air. Ventilation is very poor inside our confined area. We have no access to any outside air. What appears to be black mold is growing in the day room area and over the shower. This could cause major respiratory problems. Downstairs, the kitchen is <u>never</u> cleaned properly nor inspected to insure it is done correctly. It is very over populated with bugs and roaches. Cups and trays are simply just sprayed off, dipped in bleach water and left to dry, never wiped down

6.) I have no access to the court system nor is there any access to a law library availible.

7) We are not seperated from other inmates who have (TB), (AIDS) or any other server medical problems. People who does have serious medical problems, do not get the proper medical attention and ones who do have TB (Tuberculosis) or AIDS, you don't ever know because them, nor does medical staff let you know about it nor

8). The air conditioning unit constantly leaks and drips water so there for the hallways and the back cell stay full of water, the unit has wires hanging from it, all the plug in's are solid black and have things stuck in them and you get electrocuted when you plug the cable box or TV in. The shower never stops running and the drain stays stoped up. The lights in the day area doesn't

work, nor have they worked in years. It is VERY unsanitary here and Tons of health hazards. I'm getting sick because of it, and broke out with pimples and stuff because of dirt and nastiness. Plus they NEVER wash our blankets and bedding [illegible]

## Relief

A) This Honorable Court Order an Investigation of this facility.

B) Action be taken to correct and prevent further problems within this facility.

C) The plaintiff be granted compensation. (Amount to be discussed) for the injustices incurred.

D) Person or Persons responsible are to be terminated immediately.

E) Protocols be established to prevent further injustices from occurring in the future.

9) The medical staff here is a complete Joke. They will not let outside [illegible] medications that our family doctor or any [illegible] doctor has [illegible]... On [illegible] accusations I've been denied medical [illegible] along with [illegible] others.

Office of Clerk, United States [District Court] Northern District of Alabama

2015 JAN 12 P 1:05

I'm writing you to let you know about my current/new address change and also asking you to mail everything you mail me to also mail my family on the streets. This is [my brother] on the streets that is taking care of me, while I'm incarcerated, so I'm asking you would you please send them everything you send me to please update them also, this way I'm covered and I'll have possess of everything in case something happens and I loose all my mail. Thanks for your time.

by [me letting] you [know] Eddie R. Andrews is his name is Eddie R. Andrews and I, Bronson R. Andrews 236505 am giving you full permission to send a copy of ALL my paperwork to his address.

My Address                                      My Dad's

Bronson R. Andrews - 236505                     Eddie R. Andrews
                                                2936 [address]
[Eastern] Correctional Facility                 [Tuscaloosa, AL 35405]
200 [Wallace] Rd
[City], AL 36057

X____
I am [Bronson Andrews] [giving] my [permission] here but I [also need] [his] permission [also] [if] he would [like to] [have] [the paperwork sent]