FILED
2015 Aug 04 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

\#1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2015 AUG 14 A 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: **236525**

**BRANDON RAY ANDREWS**

(Enter above the full name of the plaintiff in this action)

NOTICE TO FILING PARTY

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

**ALLEN SCOTT BOYD - JAIL ADMINASTOR, HEAD JAILOR - HEATH HOLCOMB MEDICAL - DR. LANG or LONG, HEAD NURSE, DORRIS NORRIS**

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (X)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: _____

         _____

         Defendant(s): _____

         _____

2. Court (if Federal Court, name the district; if State Court, name the county)

   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

6. Approximate date of filing lawsuit _____

   _____

7. Approximate date of disposition _____

II. Place of present confinement **EASTERLING CORRECTIONAL FACILITY 200 Wallace DR Clio, AL 36017**

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( X )   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No ( X )

   C. If your answer is YES:

      1. What steps did you take? **Not at this facility I haven't but in the facility this took place which is Colbert County Jail.**

      2. What was the result? **At Colbert County jail, I filed Numerous times including many others, dated back to 3-2009 - 9-2014 and still no Results yet.**

   D. If your answer is NO, explain why not: **I answerd No because I am Now at a New facility place, Now at Easterling Correctional facility and I've already done all the Grievance form filing I beleave that I Need to do at this time.**

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Brandon Ray Andrews - 236525

Address Easterling Correctional Facility 200 Wallace Dr. Clio, AL 36017

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Allen Scott Boyd

Is employed as Colbert County Jail Adminastor/Assitant Cheif

at Colbert County Jail. Tuscumbia AL, 35674

C. Additional Defendants Heath Holcomb - Head Jailor Dr. Lang or Dr. Long - Doctor over Jail, Head Nurse - Dorris Norris also over all other nurse's and Inmates medication

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

The following claims happened on or around the following dates: March 2009 through October 2014 at the Colbert County Jail. On or about July 18th, 2014 I filed a grievance form along with numerous other Inmates and also wrote the Jail Adminastor letters and also had my family call the Sheriefs office along with the Health Department in Colbert County Alabama about the following claim.

4

4.) Allen Scott Boyd is the acting Assistant cheif of police and jail Adminastor of the Colbert County Jail in Tuscumbia, AL. 107 wst 4th st., Tuscumbia AL. 35674. He is responsiable for All the operation and maintance at this facility, during my stay at this Jail during the dates of 1-8-13 (Jan.) thru 8-2013 (Aug.) and also from 7-17-14 thru 10-2014.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

A.) This Honorable Court Order an Investagation of this facility
B.) Action to be taken Immedatly to correct and prevent futher problems within this facility (C.) The plantiff be granted compensation (Amount to be discussed) for the injustices incurred.
D.) Person or Person's responsiable are to be terminated Immediately
E.) Rotocols be established to prevent futher injustices from occuring in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-23-15 .

Brandon Ray Andrews
SIGNATURE

ADDRESS  Easterling Correctional Facility, 200 Wallace DR Clio, AL 36017

AIS #  236525

5

UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ALABAMA NORTHERN DIVISION

CASE NO. 2:15-CV-000-45-KOB-SGC

BRANDON RAY ANDREWS,
236525,
   PLAINTIFF,

V.

ALLEN Scott BOYD - Jail Administrator
Assistant Police Chief
HEATH HOLCOMB - HEAD JAILOR,
Medical STAFF - DR. Laing or Long,
and Head Nurse DORRIS NORRIS,

   Defendants,

## "AMENDED COMPLAINT"

CASE NO. 2:15-CV-000-45-KOB-SGC

<u>Defendants</u> - <u>RACE</u> - <u>Address</u>, <u>Gender</u>, <u>Job Title</u> or <u>Position</u> and <u>age</u> of <u>each Defendant</u>

Defendant #(1) one - ALLEN Scott Boyd, - COLBERT COUNTY Jail 107 W. 4th St Tuscumbia AL. 35674
AGE Approximately 45-48 years old RACE: WHITE MALE
Job Title Jail Administrator / Assistant Police Chief

Defendent # (2) two: HEATH HOLCOMB - COLBERT COUNTY Jail
Race - WHITE                    Address: 107 W. 4th Street
Gender - MALE                   Tuscumbia AL. 35674
AGE - 44-46 years of age

Defendent # (3) Three - DR. Long or Lang
Race - WHITE                    Address HELEN KELLER HOSPITAL
Gender - MALE                   Tuscumbia, Al. 35674
AGE - 50-55 years of age.
JOB TITLE OR POSITION - HEAD DOCTOR. IN Charge over NURSES.

DEFENDENT # (4) Four - DORRIS NORRIS "LPN" COLBERT
Race - WHITE                    COUNTY JAIL 107 W.
Gender - FEMALE                 4th St. Tuscumbia AL.
AGE - 50 years old              35674
JOB TITLE - HEAD NURCE IN Charge, and medication.

## STATEMENT OF CLAIM

2). There is no Hygiene or Shower linen issued to any inmate entering this Facility. Inmates are to provide all Clothing, Hygines, and Shower linen during there stay at the COLBERT County Jail and on alot of different Situations there's been multiple inmates ask for Hygine products and Shower linen to bath, with because of no money on the Inmates account the County would not provide these products until finally Charging the inmate, and still making them wait weeks at a time.

3). At the COLBERT COUNTY JAIL ALL food is cooked on 1st shift somewhere between the hours of 4:00 AM and 10:00 AM. When trays are prepared for inmates they are set on old food carts that don't work, and there left out in the open for Hours before the meal is ever served to the Inmates. On several occasions the inmates have been served MOLDED BREAD, and there has been bugs in the food.

4) Correctional officers make No walk throughs and do not do any Head counts at the COLBERT County Jail. IN the event Something were to happen to an Inmate, and which has on several occassions many different times, officers on duty would likely not know about it, and on accasions the officer would be Notified after 30 minutes to one (1) hour of constant beating and banging on the walls, and door. The officer would still not help or attend to the inmate.

5). Conditions are very Unsanitary, Dust, mold has been Allowed to accumulate, It is Re-circulated Into the air, Ventilation is very Poor Inside the very little confined area. there are no access to any outside AIR. What appears to be Black MOLD is Growing in many different areas which alot has been painted over and In many different areas in the "BullPIN" "Dayroom" Living area and all over the Shower's. Which Studies have found

that could cause major Respiratory problems for people and is very dangerous and some are Illergic to this and Its also a Serious HEALTH hazord to live with, on Several occassions, I myself, and others "Inmates" have Filed Grievances on this problem along with my Family Notifing the COLBERT COUNTY HEALTH DEPARTMENT about these conditions on or about March or APRIL 2013 and once again on <u>Several</u> different things on or about July or August 2014. Downstairs, The kitchen area is <u>NEVER</u> cleaned properly NOR is it Inspected to insure Its done correctly. This entire Facility is <u>VERY</u> over populated with Bugs and Roaches, when Family members come to visit there Loved ones, The bugs, and Roches constantly are crowling up, and down the walls beside them. IN The kitchen after each meal the cups and trays are simply Just Sprayed off, dipped IN bleach and water one time and left to dry.

6). This Facility offers <u>NO</u> access to the Court System NOR is there any access to a Law Library available here, and on Several Attempts I, and many others have asked for LawBooks so that our cases could be worked on.

7). During my stay at the COLBERT COUNTY Jail in 2008 of October until June 2009, and October 2010 until January 2013 until July 2013 and again while back for court in July 2014 through october 2014, <u>NOT ONE Time Did</u> this Facility wash our blankets that the

gives you the day you get to the Jail. Some Inmates said that they had been there Anywhere from 10 months to (2) two years awaiting trial on there case's, and most weeks, Dont even get washed Clothes and luckly when they are washed they Sometime come back Soakin wet or even mildewed Real bad.

8). we are not Seperated from other Inmates who have (TB) (AIDS) (HIV) OR any other Server medical problems, people who does have Serious medical problems, do not get the proper medication or attention needed and ones that already have (TB) Tuberculocis, or AID's/HIV dont never tell you or may not even know themselves. because the medical Staff doesn't tell anyone. On Several occassions wrong medications gets given to the wrong Inmates and reason for this happening is because the Nurses will alot of times get the Jailors to hand out medications at pill call due to them wanting to leave early. If Sick Inmates and Special Inmates are Seperated and put In the Correct Housing unit, this problem wouldn't happen over and over again.

9). On or about June or July 2013 I, Brandon Ray Andrews filled out several medical forms, and request to see the doctor about my Right underarm area and over the next month of the Doctor, and or/Nurse's Staff Seeing this Staff Infection, OR BOIL/BOILS get increciaibly worse and extremly Bigger and Bigger until Finly

Just sending me on my way back to the ALABAMA Department of corrections within hours at the Kilby Correctional Facility, I seen the medical staff and was Attended to right then. Immediatly and the Nurses there were completely amazed, and Shocked that they "the COLBERT COUNTY Nurses, and Doctor" would leave me like this. For an whole month I had to live like this, in so much pain an ache, no sleep some knights, not being able to move my arm at <u>ALL</u> and after being treated and seen by medical staff. I was finally in relief after <u>10-15 minutes</u> of being treated. Come to find out, all the Colbert County medical staff had to do was give me some antibotic's and some good cleaning and this could have been avoided, ensted of Denying me medical attention, telling me theres nothing that can be done.

10). ON JULY 17th 2014, I arrived back at the COLBERT COUNTY Jail and was placed in the Southwest Section of the Jail. Whenever they finally placed me into the Cell block, I began to notice that the <u>Entire Hallway</u> was covered in water and when I got to my Cell in the Back of the Cell block where the water was extremly Bad is when I noticed that the air Conditioning unit constanly leaks and drips water, So therefor the hallways and the back cell stay <u>Full</u> of water, The air Conditioner unit has multiple wires hanging from the unit and when you touch them and try to move them so no one gets shocked

or hurt, the wires electricute you and shock you real bad. on the walls in the living area and dayroom <u>All</u> the Plugs are solid black and have things stuck In them and you get shocked when you plug the cable box in the TV. IN Shower area the Floors are constantly wet because of the Shower will not Stop running and constently leaks real bad the drains are So Stoped-up that the water will build up so bad its over your ankles and you have to turn the shower off every few minuits because it Floods the dayroom floor completly and we dont have mops so there fore inmates have to beat and bang for 30 mins. to an hour before the Jailer or which ever comes to answer you, on most occassions its the trustee's to tell you its gonna be awhile because there busy, leaving us in water and at times has been 6 inches to maybe a foot deep before.

11). The Southeast Section of the Jail is a complete disaster and is very dangerus area and is very unsanitary, Its a very dangerus Health hazard and Safety hazard and Should be Shut down immediately. No Inmate Should have to live as such a High Risk and such a Dangerous living confinement, The Jail adminastor and acting Assistant Police Chief Allen Scott Boyd, and also on Several attempts Notified the Head Jailor HEATH HOLCOMB along with <u>all</u> the other Jailers, CORY, Steve, Mike, Toby and many others that worked here and still work here about all of these problems, and Health hazards. The Southeast Section also Since 2012 or Before has NOT had any

Amended Complaint

Case No 2:15cv-00045-ksab-SGC

Lights in the living area and dayroom of this section
From March or April 2013 I Brandon Ray Andrews along with other inmates have wrote Grievances and had our families call the County health department several times from March to April 2013 until July 2013 or August 2013 and let them no about all of the facts and from the 1st time I arrived into this section until I left October 2014 we had to eat, visit use the restroom and everything in the dark No Lights. The Jailers Mike and others tried to fix them on or about August 2014, Jail Administrator Allen Scott Boyd was wrote and notified about all of this by me Brandon Ray Andrews and also called by phone by my family and told about this more then once or twice by my family in a conversation at his office and after being very disrespected by Mr. Boyd more then once my family went to spek to the sheriff Ronny May he did nothing eather. After all this said this jail needs to be shut down It has already been condiemed more then once but the doors are still open and taking inmates everyday therefore the plaintiff prays this Honorable court will accept this Amended Complaint.

Done on this 7th day of August 2015

Brandon Ray Andrews
236525