Case 2:15-cv-00045-KOB-SGC   Document 19   Filed 12/13/16   Page 1 of 2            FILED
 2016 Dec-13  AM 11:48
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON RAY ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-00045-KOB-SGC |
| ) | |
| ALLEN SCOTT BOYD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The magistrate judge entered a report on November 14, 2016. (Doc. 18). In it, she recommended all claims against all defendants be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b), except: (1) the Eighth or Fourteenth Amendment claims against defendants Boyd and Holcomb in their individual capacities based on the conditions of confinement in the southwest section of the Colbert County Jail between November 13, 2012, and October 2014; and (2) the Eighth or Fourteenth Amendment claims against defendants Lang and Norris for deliberate indifference to the plaintiff's serious medical needs. The report further recommended the surviving claims be referred back to the magistrate judge for further proceedings.

Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS her recommendation. Accordingly, pursuant to 28 U.S.C. § 1915A(b), the court **ORDERS** that all of the plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** except: (1) the Eighth or Fourteenth Amendment claims against defendants Boyd and Holcomb in their individual capacities based on the conditions of confinement in the southwest section of Colbert County Jail between November 13, 2012, and October 2014; and (2) the Eighth or Fourteenth Amendment claims against defendants Lang and Norris for deliberate indifference to the plaintiff's serious medical needs. The court further **ORDERS** that the surviving claims are **REFERRED** to the magistrate judge for further proceedings.

DONE and ORDERED this 13th day of December, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE