**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| BRANDON RAY ANDREWS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:15-cv-00045-KOB-SGC |
| ALLEN SCOTT BOYD, et al., | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

On March 1, 2018, the magistrate judge entered a report recommending that the court treat the defendants' special reports as motions for summary judgment and further recommending that the court grant the motions. (Doc. 48). No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS her recommendation. Accordingly, the court finds that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law. The defendants' motions for summary judgment are due to be granted. (Docs. 29, 32-33, 39).

The court will enter a separate Final Judgment.

DONE and ORDERED this 27th day of March, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE